CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 0 6 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RONALD SAMUEL JACKSON, <br> Petitioner, | Civil Action No. 7:07CV00191 |
| v. | **FINAL ORDER** |
| UNITED STATES OF AMERICA, <br> Respondent. | By: Hon. James C. Turk <br> United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The respondent's motion to dismiss shall be and hereby is **GRANTED IN PART** and **DENIED IN PART**.

2. The matter is **REFERRED** to United States Magistrate Judge James G. Welsh for an evidentiary hearing on the petitioner's ineffective assistance claim. The magistrate judge shall submit to the court a report setting forth findings of fact, conclusions of law, and a recommended disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner, counsel of record for the respondent, and Magistrate Judge Urbanski.

ENTER: This 5th day of September, 2007.

_____
Senior United States District Judge