CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 01 2008

JOHN F. CORCORAN, CLERK
BY:
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| RONALD SAMUEL JACKSON,<br>　　Petitioner, | Civil Action No. 7:07-cv-00191 |
| v. | **FINAL ORDER** |
| UNITED STATES OF AMERICA,<br>　　Respondent. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying memorandum opinion, after de novo review of the pertinent parts of the Report and Recommendation and the record, it is hereby

### ADJUDGED AND ORDERED

that petitioner's objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**; the Report and Recommendation is hereby **ADOPTED** in its entirety; the motion to dismiss is **GRANTED**; the motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. §2255, is **DISMISSED**; and the action is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the parties.

ENTER: This 31st day of March, 2008.

　　　　　　　　　　　　　　　　　　／s／ James C. Turk
　　　　　　　　　　　　　　　　　　Senior United States District Judge